JS-6

**ROMANO STANCROFF PC**
Timothy Whelan, Esq. (SBN 255037)
Aliaksandra Valitskaya, Esq. (SBN 320680)
360 N. Pacific Coast Hwy., Suite 1048
El Segundo, CA 90245
Tel: (310) 477-7990 | Fax: (310) 477-7995
e-service@thelemonlawattorneys.com
tim@thelemonlawattorneys.com
Attorneys for Plaintiff, BETTINA TAYLOR

**GORDON REES SCULLY MANSUKHANI, LLP**
Spencer P. Hugret, Esq. (SBN 240424)
Greg Gruzman, Esq. (SBN 245701)
315 Pacific Avenue
San Francisco, CA 94111
Tel: (415) 986-5900
shugret@grsm.com
consumerwarrantymbz@grsm.com
Attorneys for Defendant, MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BETTINA TAYLOR,**<br><br>                  Plaintiff,<br><br>          vs.<br><br>**MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,**<br><br>          Defendants. | Case No.: 5:25−cv−02450−KK−DTB<br><br>US District Judge Kenly Kiya Kato<br>Magistrate Judge David T. Bristow<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS** |

-1-

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS**

**IT IS SO ORDERED.**

Having reviewed the Joint Stipulation submitted by all parties on May 6, 2026, it is hereby ORDERED that the instant action, in its entirety, is DISMISSED with prejudice.

Dated: May 6, 2026

By: _____

The Honorable Kenly Kiya Kato
United States District Judge

-2-

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS**